Hahn, Janet L RECEIVED

MAY 24 2018
COURT OF APPEALS
SECOND DISTRICT OF
DEBRA SPISAK, CLERK

**From:** Hahn, Janet L.
**Sent:** Friday, March 03, 2017 8:48 AM
**To:** cdbalderas@tarrantcounty.com
**Cc:** paporochachulieto@gmail.com; Buchanan, Michael, R.
**Subject:** FW: Cause No. 048-283327-16 - David Hernandez v. Rockwater Energy Solutions
**Attachments:** Proposed Order - Motion to Compel & for Sanctions.DOC

Ms. Balderas:

I am re-sending yesterday afternoon's message to correct my error of not including Mr. Hernandez on the recipient list of my email.

Thank you,

**Janet L. Hahn, LTC4 Technology Certified | Practice Assistant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
8117 Preston Road, Suite 500 | Dallas, TX 75225 | Telephone: 214-692-5864 | Fax: 214-887-3927
janet.hahn@ogletree.com | www.ogletree.com

---

**From:** Hahn, Janet L.
**Sent:** Thursday, March 02, 2017 4:59 PM
**To:** 'cdbalderas@tarrantcounty.com'
**Cc:** Buchanan, Michael, R.
**Subject:** Cause No. 048-283327-16 - David Hernandez v. Rockwater Energy Solutions

Ms. Balderas:

At the request of Judge Evans, defense counsel Mike Buchanan is submitting a revised version of the proposed Order regarding Defendants' Motion to Compel and for Sanctions he presented for approval at today's hearing. Please see attached.

Thank you,

**Janet L. Hahn, LTC4 Technology Certified | Practice Assistant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
8117 Preston Road, Suite 500 | Dallas, TX 75225 | Telephone: 214-692-5864 | Fax: 214-887-3927
janet.hahn@ogletree.com | www.ogletree.com

DEFENDANT'S
EXHIBIT
1
3-31-17T9